## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MATTHEW WEISS,**

       **Plaintiff,**

     **v.**

**EARLY WARNING SERVICES, LLC,**

     **Defendant.**

**Case No.  6:26-cv-00734**

### NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION:

Pursuant to 28 U.S.C. §§ 1331, 1441, & 1446, Defendant Early Warning Services, LLC ("EWS"), by and through undersigned counsel, hereby removes Case No. 2026SC003020SP from the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida (the "Civil Action") to the United States District Court for the Middle District of Florida, Orlando Division.  Removal of the Civil Action to this Court is proper for the following reasons:

### I.     INTRODUCTION

1.    On or about March 12, 2026, Plaintiff Matthew Weiss ("Plaintiff") filed his Complaint in the Civil Action.  Copies of all process, pleadings, and orders served on EWS in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

2.      The Civil Action alleges a cause of action for purported violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, on behalf of Plaintiff.

3.      EWS accepted service of the summons and complaint in the Civil Action via a waiver of service on April 1, 2026.  This Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

4.      EWS denies the allegations in the Complaint, denies that Plaintiff has a claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner as a result of any of EWS's conduct.  Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claim is valid, he could have originally filed his Complaint in this Court under federal question jurisdiction.

5.      EWS is the only Defendant in this case; thus, all Defendants to the claim over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the Civil Action.

6.      No proceedings have occurred in the Civil Action as of the date of this Notice of Removal.  EWS has not filed a response to the Complaint.  EWS hereby reserves any and all rights to assert any and all defenses and/or objections to the Complaint.  EWS further reserves the right to amend or supplement this Notice of Removal.

## II.     <u>REMOVAL IS PROPER UNDER FEDERAL QUESTION JURISDICTION</u>

7.      Plaintiff's Complaint involves claims arising under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (*See* Compl.)  Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by EWS under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties or laws of the United States and is removable without regard to citizenship or residence of the parties under 28 U.S.C. § 1441.

### III.    VENUE

8.      Venue for this case lies in the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and Division and the case is being removed from Osceola County, Florida.

### V.    NOTICE

9.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.  A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**.

10.   If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and argument in support of its position that this case is removable.

For the reasons stated above, this Civil Action is properly removed to this District Court.

Dated: April 3, 2026

/s/ Noah J. DiPasquale, Esq.
Noah J. DiPasquale
Florida Bar No. 1003238
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1266
Facsimile: (804) 697-1339
Email: noah.dipasquale@troutman.com

*Counsel for Defendant Early Warning Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April 2026, a true and correct copy of the forgoing document was filed with the Court using the Florida E-Filing Portal and served on the following via the E-Filing system and by email:

Matt Weiss
Email: weissbrokerage@gmail.com

*Pro Se Plaintiff*

/s/ Noah J. DiPasquale, Esq.
Noah J. DiPasquale

5