# EXHIBIT A

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>NINTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>OSCEOLA</u>  COUNTY, FLORIDA

<u>Matthew Weiss</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Early Warning Services LLC</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>3</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐ yes
      ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒ no
      ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☒ yes
      ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
      ☐ yes
      ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Matthew Weiss</u>                Fla. Bar #
            Attorney or party                          (Bar # if attorney)

<u>Matthew Weiss</u>                03/12/2026
 (type or print name)                Date

- 3 -

**IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA**

SUMMARY CLAIMS DIVISION
CASE NO. 20_____SC_____SP

Matthew Weiss
_____
(NAME)
  Confidential
_____
(STREET)
 Confidential
_____
(CITY/STATE/ZIP CODE)        PLAINTIFF(S)

VS.
  Early Warnings Services, LLC
_____
(NAME)
 5801 N Pina Road
_____
(STREET)
  Scottsdale, AZ 85250
_____
(CITY/STATE/ZIP CODE)        DEFENDANT(S)

## STATEMENT OF CLAIM

The plaintiff(s) sue the defendant(s) for an amount that does not exceed $8,000.00 exclusive of court costs, interest and attorney's fees; for money owed to the plaintiff(s) by the defendant(s) which is past due and unpaid for the reason checked below:

___  Goods, wares, and merchandise sold by the Plaintiff to the Defendant. (List goods, prices, and any credits)

___  Goods, wares, and merchandise sold by the Defendant to the Plaintiff. (List goods, prices, and any credits)

___  Work done, and material furnished by Plaintiff to Defendant. (List time and materials showing charges and credits)

___  Money loaned by Plaintiff to Defendant.

___  Money due to Plaintiff upon accounts stated and agreed to between parties.

___  Money due to Plaintiff on a written instrument. (Copy attached)

___  Rent for certain premises located in Osceola County, Florida.

___  Vehicle collision, damages.

x__  Other __FCRA Violations_____ (list action.)

___  Plaintiff has made written demand for payment but, the defendant has refused to pay.

For additional facts, use additional sheet provided.

Wherefore, Plaintiff(s) demand judgment in the amount of $_____ together with court costs and any further costs the court may assess.

Email: _weissbrokerage@gmail.com_____      _____
                                                   Plaintiff Signature

                                                   ____6316363441_____
                                                   Telephone Number

## **EXPLANATION SHEET**

## **PLEASE PRINT CLEARLY**

Early Warning Services LLC has a serial repeat offender, has again violated the Fair Credit reporting act by willfully and intentionally refusing to investigate and make my credit report accurate. Early Warning Services llc, has an obligation under federal and state laws to provide maximum possible accuracy and refuses to follow the laws causing significant damages, embarrassment, stress and bank declines. During the case, plaintiff will provide evidence from the furnishers the,selves admitting early warning services never investigated because the furnisher would agree the info is inaccurate and shouldnt be showing. Plaintiff Seeks actual damages, statutory damages, punitive damages and legal costs. This is only for 1 of the 9 separate disputes over the course of 2025-2026 and the remaining will be filed at a later date should a global resolution not be achieved.

IN THE CIRCUIT/COUNTY COURT OF THE _____9th_____ JUDICIAL CIRCUIT
IN AND FOR __Osceola__ COUNTY, FLORIDA

Matthew Weiss
_____
Plaintiff/Petitioner or In the Interest of

vs.

CASE NO.___2026 SC 003020 SP___

Early Warning Services LLC
_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** __0__ **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes....No   Does your Spouse Work?...Yes....No    Annual Spouse Income?  $_____0_____

2. **I have a net income of $**___0_____ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks  ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job ...................................... Yes $ __0__ No | Veterans' benefits .................................... Yes $ 0 No |
| Social Security benefits | Workers compensation ............................ Yes $ 0 No |
| For you........................................ Yes $ 0 No | Income from absent family members ....... Yes $ 0 No |
| For child(ren) .............................. Yes $ 0 No | Stocks/bonds ........................................... Yes $ 0 No |
| Unemployment compensation ......... Yes $ 0 No | Rental income ........................................... Yes $ 0 No |
| Union payments .............................. Yes $ 0 No | Dividends or interest................................ Yes $ 0 No |
| Retirement/pensions ...................... Yes $ 0 No | Other kinds of income not on the list ........ Yes $ 0 No |
| Trusts .............................................. Yes $ 0 No | Gifts .......................................................... Yes $ 0 No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | |
|---|---|
| Cash............................................... Yes $ $613 No | Savings account.............................................. Yes $ 0 No |
| Bank account(s) ............................. Yes $ 0 No | Stocks/bonds .................................................... Yes $ 0 No |
| Certificates of deposit or | Homestead Real Property* ............................. Yes $ 0 No |
| Money market accounts .................. Yes $ 0 No | Motor Vehicle*.................................................... Yes $ 0 No |
| Boats*   ........................................ Yes $ 0 No | Non-homestead real property/real estate* ....... Yes $ 0 No |
| | Other assets* .................................................... Yes $ 0 No |

Check one: I ( ) DO (√) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of** $__104000__ as follows:  Motor Vehicle $__$ 0___, Home $_____0_____, Boat 0
$____0____, Non-homestead Real Property $__0_____, Child Support paid direct  $_____0____, Credit Cards $_$57,000___,
Medical Bills $__$33,000__, Cost of medicines (monthly) $_____1200_____, Other $__0_____.

6. **I have a private lawyer in this case**.........___Yes        √__No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

Signed on _____Feb 4th_____, 20_26_.       _____

_____1990_____ _____0670_____       Signature of Applicant for Indigent Status
Year of Birth        Last 4 digits of Driver License or ID Number       Print Full Legal Name __Matthew Weiss_____
Email address: ____weissbrokerage@gmail.com_____       Phone Number/s: __631-636-3441_____
___3240 Solstice Dr apt 114, Kissimmee, FL 34746_____
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

-----------------------------------------------------------------------------------------------------------------------------------------

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.

Clerk of the Circuit Court
By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

07/01/2014  - upd 7-20-18

Filing # 243617742 E-Filed 03/12/2026 03:11:18 AM

CLERK OF THE COURT
OSCEOLA COUNTY, FL
03/17/2026 3:43:28 PM
KELVIN SOTO, ESQ.
CLERK OF THE CIRCUIT COURT
AND COUNTY COMPTROLLER

IN THE CIRCUIT/COUNTY COURT OF THE _____9th_____ JUDICIAL CIRCUIT
IN AND FOR __Osceola_____ COUNTY, FLORIDA

Matthew Weiss
_____
Plaintiff/Petitioner or In the Interest of

CASE NO. __2026 SC 003020 SP__

vs.

Early Warning Services LLC
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** __0__ **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes...(No)  Does your Spouse Work?...Yes....No    Annual Spouse Income?  $_____0_____

2. **I have a net income of $**__0_____ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,*
*minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job ....................................... Yes $ __0____ No | Veterans' benefits ................................... Yes $ 0____ No |
| Social Security benefits | Workers compensation............................ Yes $ 0____ No |
| For you........................................ Yes $ 0____ No | Income from absent family members ....... Yes $ 0____ No |
| For child(ren) ............................. Yes $ 0____ No | Stocks/bonds........................................... Yes $ 0____ No |
| Unemployment compensation......... Yes $ 0____ No | Rental income.......................................... Yes $ 0____ No |
| Union payments ............................. Yes $ 0____ No | Dividends or interest................................ Yes $ 0____ No |
| Retirement/pensions ....................... Yes $ 0____ No | Other kinds of income not on the list ........ Yes $ 0____ No |
| Trusts ............................................. Yes $ 0____ No | Gifts ......................................................... Yes $ 0____ No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as
provided by law, <u>although I may agree to pay more if I choose to do so.</u>

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash............................................... Yes $ $613__ No | Savings account............................................ Yes $ 0____ No |
| Bank account(s) ............................. Yes $ 0____ No | Stocks/bonds................................................. Yes $ 0____ No |
| Certificates of deposit or | Homestead Real Property* ........................... Yes $ 0____ No |
| Money market accounts .................. Yes $ 0____ No | Motor Vehicle*.............................................. Yes $ 0____ No |
| Boats* ........................................ Yes $ 0____ No | Non-homestead real property/real estate* ....... Yes $ 0____ No |
| | Other assets* .............................................. Yes $ 0____ No |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is_____.

5. **I have total liabilities and debts of $** _104000__ as follows: Motor Vehicle $__$ 0____, Home $____0_____, Boat 0
$___0____, Non-homestead Real Property $_0_____, Child Support paid direct $____0___, Credit Cards $ $57,000___,
Medical Bills $__$33,000__, Cost of medicines (monthly) $_____1200____, Other $ 0_____.

6. **I have a private lawyer in this case**.........___Yes    ✓ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S.
commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have
provided on this application is true and accurate to the best of my knowledge.**

Signed on _____Feb 4th____, 20_26_.

____1990____    ____0670_____    _____
Year of Birth    Last 4 digits of Driver License or ID Number    Signature of Applicant for Indigent Status
Email address: ____weissbrokerage@gmail.com____    Print Full Legal Name __Matthew Weiss_____
    Phone Number/s: 631-636-3441_____
____3240 Solstice Dr apt 114, Kissimmee, FL 34746____
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
    Clerk/Deputy Clerk/Other authorized person.

----------------------------------------------------------------------
### CLERK'S DETERMINATION
Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.
Dated on __March 17,___, 20_26_.

Clerk of the Circuit Court
By _____ Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

07/01/2014 - upd 7-20-18

**IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA**

**NOTICE TO APPEAR FOR IN-PERSON OR VIRTUAL PRE-TRIAL CONFERENCE**

CASE NO.: 2026 SC 003020 SP

MATTHEW WEISS  VS. EARLY WARNING SERVICES LLC

THE STATE OF FLORIDA TO:
EARLY WARNING SERVICES LLC
5801 N PINA ROAD
SCOTTSDALE, FL  85250

**ELECTRONICALLY FILED
IN OSCEOLA COUNTY, FLORIDA
DATE: 03/18/2026**

**PLEASE BE ADVISED** that the above-named Plaintiff has made claim and is requesting judgment against you in the sum of $8,000.00 as shown by the Statement of Claim attached, together with $310.00 filing fees plus service fees to date.

**YOU ARE HEREBY NOTIFIED** that you are required to appear, or by an attorney via video using Webex, Judge Jon B. Morgan Courthouse, 2 Courthouse Square, Kissimmee, Florida 34741. in COURTROOM 4B on **April 21, 2026** at **10:30 AM** for a PRETRIAL CONFERENCE.

IMPORTANT- READ CAREFULLY

| |
|---|
| **IMPORTANT: THIS COURT DOES NOT PROVIDE INTERPRETERS FOR THESE STAGES OF THE PROCEEDINGS. IF YOU NEED AN INTERPRETER, YOU WILL NEED TO MAKE ARRANGEMENTS AND PROVIDE YOUR OWN.** |
| **IMPORTANTE: ESTE TRIBUNAL NO PROPORCIONA INTÉRPRETES PARA ESTAS ETAPAS DE LOS PROCEDIMIENTOS. SI NECESITA UN INTÉRPRETE, DEBERÁ HACER LAS GESTIONES Y PROPORCIONAR EL SUYO PROPIO.** |

*Defendant(s) must appear as stated on the date specified in order to avoid a default judgment. Plaintiff(s) must appear as stated on the date specified in order to avoid having the case dismissed for lack of prosecution.*  A written MOTION or ANSWER to the Court by the plaintiff(s) or defendant(s) shall not excuse the appearance of a party or its attorney in the PRETRIAL CONFERENCE.  The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

2026 SC 003020 SP

If you admit the claim, but desire additional time to pay, you must state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE**: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following:

1. Where the contract was entered into;
2. If the suit is on unsecured promissory note, where the note is signed or where the maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendant(s) sued resides;
6. Any location agreed to in a contract;
7. In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear in person on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or the plaintiff(s) attorney, if any.

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by you through the Florida E-filing Portal found at https://www.myflcourtaccess.com/  For more information about the E-Filing portal, visit https://www.floridasupremecourt.org/Practice-Procedures/About-E-Filing-Portal#use

**You must keep the Clerk of Court's office notified of your current address, especially if the address for this summons was different from where you were actually served.  Future papers in this lawsuit will be served at the address on record at the clerk's office.  The failure to update your correct address with the Clerk of Court may result in actions taken against you without your knowledge.**

A copy of the Statement of Claim shall be served with this summons.

KELVIN SOTO, ESQ.
Osceola Clerk of the Circuit Court & County Comptroller

By: _e-Signed 3/18/2026 9:52 AM 2026 SC 003020 SP_
Deputy Clerk

**Issued: March 18, 2026**

2026 SC 003020 SP

# TO JOIN YOUR VIRTUAL PRE-TRIAL CONFERENCE

April 21, 2026 at 10:30 AM
Before the HONORABLE STEFANIA C JANCEWICZ

## Instructions:

1. Open the camera on your smart device.
2. Point the camera at the QR code.
3. Position the camera so that the QR code is centered in your screen.
4. Hold the camera in front of the QR code for a moment so it can focus and recognize the QR code.
5. Tap the QR code image on your screen to open the link.



**https://ninthcircuit.webex.com/meet/60osceola**

**FAILURE OF EITHER PARTY TO APPEAR AT THE PRETRIAL CONFERENCE MAY RESULT IN THE ENTRY OF A DEFAULT JUDGMENT OR A DISMISSAL OF THE ACTION.**

Notice to Appear for In-Person or Virtual Pre-Trial Conference (Div 60)                                                 09:51:46 AM

2026 SC 003020 SP

# VIDEO CONFERENCE HEARING PROCEDURES

## JUDGE STEFANIA C JANCEWICZ
Osceola County CIVIL Division 60-G

# ATTENTION ATTORNEYS AND SELF-<u>REPRESENTED PARTIES</u>:

**PLEASE CAREFULLY READ AND BE FAMILIAR WITH THESE PROCEDURES BEFORE YOUR SCHEDULED VIDEOCONFERENCE HEARING AS THERE ARE TIME SENSITIVE DEADLINES AND TASKS TO COMPLETE PRIOR TO YOUR HEARING.**

### TECHNOLOGY & DEVICE REQUIREMENTS

**PROGRAM USED.** The Court will be using Webex to conduct Court proceedings.

**DEVICE NEEDED.** A desktop computer, laptop computer, tablet, or smartphone may be used for the hearing. A camera is preferred for all person participating in the Video Hearing. A microphone is required for all persons participating in a Videoconference Hearing. **A camera and microphone is required for all person who will be testifying.** Most devices have a built in microphone and camera. If you do not have any of this equipment available to you, please ***immediately*** contact the Judicial Assistant, for Division 60-G at 60osceola@ninthcircuit.org.

**HOW TO ACCESS WEBEX.**

      1.    **Windows based device.** The program can be downloaded from the Microsoft website for free. Alternatively, the program can be accessed by clicking the link provided by the court if the user is operating on Microsoft Edge or Google Chrome web browsers. It is preferred to download the program which will auto-launch when the link is clicked.

      2.    **Mac/Apple Based Products.** The program can be downloaded from the Microsoft website for free. Alternatively, the program can be accessed by clicking the link provided by the court if the user is operating on Microsoft Edge or Google Chrome web browsers. The program WILL NOT work with the Safari or Internet Explorer web browsers. It is preferred to download the program which will auto-launch when the link is clicked.

      3.    **Android based mobile devices and tablets.** Download the free Webex application from the Google Play Store and install it on your device. Allow camera and microphone access. Once the link is emailed to you, clicking the link will automatically launch the Webex program.

      4.    **Apple/IOS based mobile devices and tablets.** Download the free Webex application from the App Store and install it on your device. Allow camera and microphone access. Once the link is emailed to you, clicking the link will automatically launch the Webex program.

2026 SC 003020 SP

# PREPARING FOR THE VIDEOCONFERENCE

1.      Upon receipt of these instructions, and **no less than 2 business days prior to the videoconference hearing**, all participants shall download the *free* Webex App from https://www.webex.com/downloads.html/ (for a computer) or the App Store for their smart phone or device.

2.      Hearing participants will click on the meeting link invitation provided by the judicial assistant at least five minutes prior to the scheduled time of the videoconference hearing.

3.      All participants will be waiting in the virtual Webex "lobby" until the judge initiates the videoconference hearing. Witnesses will remain in the lobby until such time as they are called to testify. DO NOT leave the waiting room unless excused.

## Procedures During the Videoconference Hearing

1.      At the beginning of the videoconference hearing, the judge will call the case and instruct all participants when to announce themselves for purposes of the record.

2.      All participants shall place their microphones on mute unless they are speaking or wish to make an objection.

3.      All efforts shall be undertaken not to interrupt other speakers during the videoconference hearing, unless it is necessary to assert an objection.

4.      If an interpreter is necessary, all participants shall be speak slowly, in short complete sentences or questions, and allow time for translation. No one shall respond to a question posed by another participant until the question has been translated.

5.      Participants (other than the Court) MAY NOT use the Webex App or any other device to record the video conference.

6.      All participants are required to ensure that no children are able hear or see the videoconference hearings.

7.      All participants are required to identify anyone that may be observing the proceedings with them. This is essential for the rule of sequestration to be effective and ensure the credibility of testimony.